IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOAN DUFFY HEALY
:

vs.                          :        Civil Action

:        No.  2002-4329

BOROUGH OF EDDYSTONE
ROBERT T. BARRY

**O R D E R**

    **AND NOW**, this 24th day of February, 2003, it having been reported that the issues between the parties have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

    **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, as to the above named parties.

ATTEST:
BY:                                                    or        BY THE COURT:


_____                    _____
Lenora Kashner                                         Michael M. Baylson, J.
Deputy Clerk


cc:  Chris M. Jamison, Esquire
   Borough of Eddystone

Civ 12 (7/95)
41(b)pty.frm

O:\Kashner\Scheduling - Judge Baylson\Healy 41b Order.wpd

```
BOROUGH OF EDDYSTONE
1300 E. 12TH STREET
EDDYSTONE, PA 19022



CHRIS M. JAMISON
12 S.MONROE ST
POBX 2005
MEDIA, PA 19063
```